IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEWART M. ARTIS,

    Petitioner,

v.                                                                      No. 25-cv-365 SMD/GJF

SECOND JUDICIAL DISTRICT COURT, *et al.*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil habeas action is **DISMISSED without prejudice** and a certificate of appealability is denied.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE